**FILED**

JAN 2 3 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANGEL VALDEZ MEDINA,<br><br>Defendant | Case No.: 25-cr-04809-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Upon the motion of the United States, IT IS HEREBY ORDERED that this case is dismissed without prejudice as to Jose Angel Valdez Medina.

IT IS SO ORDERED AND ADJUDGED.

DATED: __1\23\26__ .

_____
HON. TODD W. ROBINSON
U.S. DISTRICT JUDGE